*Plaintiff(s) Counsel:*

Sol H. Weiss, Esq.
Michael Schafle, Esq.
ANAPOL, SCHWARTZ, WEISS,
COHAN, FELDMAN &
SMALLEY, P.C.
1900 Delancey Place
Philadelphia, PA 1910
(T) 215-735-1160
(F) 215-735-2211

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 06-CV-4361<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| BEVERLY SMITH and HARVEY SMITH,<br><br>Plaintiff(s),<br><br>v.<br><br>PFIZER INC., ET AL.,<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, BEVERLY SMITH and HARVEY SMITH, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action, only, with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March 16, 2009          By: _____
                                    Sol H. Weiss, Esq.
                                    Michael Schafle, Esq.
                                    ANAPOL, SCHWARTZ, WEISS,
                                    COHAN, FELDMAN &
                                    SMALLEY, P.C.
                                    1900 Delancey Place
                                    Philadelphia, PA 1910
                                    (T) 215-735-1160
                                    (F) 215-735-2211

                                    *Counsel for Plaintiff(s).*

DATED: April 15, 2009          By: _____
                                    Michelle Sadowsky, Esq.
                                    DLA PIPER US LLP
                                    1251 Avenue of the Americas
                                    New York, New York 10020-1104
                                    (T) 212-335-4625
                                    (F) 212-884-8675

                                    *Defendants' Liaison Counsel.*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**


Dated: April 23, 2009          _____
                                Hon. Charles R. Breyer
                                United States District Court



IT IS SO ORDERED
Judge Charles R. Breyer